

# NUMBER 13-02-00267-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VIRGINIA S. BODINE AND GINNY BODINE'S, INC.,**　　　　**Appellants,**

**v.**

**THEO DIMOPOULOS,**　　　　　　　　　　　　　　**Appellee.**

---

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on July 11, 2002, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On January 15, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable,

a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.